Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz and James J. Doherty, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Michael J. Goldstein, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ROBERT J. KOSILEK, (Impleaded), Defendant-Appellant.

(No. 54426;

First District—September 21, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender of Cook County, of Chicago, (Nunzio Dan Tisci, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Stephen Kramer, of counsel,) for the People.